16063.    DUNSON BROTHERS COMPANY *v.* TOWNS.

BROYLES, C. J. This being the first grant of a new trial, and it not affirmatively appearing from the record that the verdict was absolutely demanded by the evidence, the judgment is

      *Affirmed. Luke and Bloodworth, JJ., concur.*

      DECIDED MARCH 4, 1925.

Complaint; from city court of LaGrange—Judge Duke Davis. October 15, 1924.

*M. U. Mooty, J. T. Thomasson*, for plaintiff.

*Lovejoy & Mayer*, for defendant.